# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148014 & (29)(30)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SEAN MICHAEL RYAN,
     Defendant-Appellant.

SC: 148014
COA: 315897
Saginaw CC: 10-034589-FC

_____/

On order of the Court, the application for leave to appeal the November 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand and the motion for appointment of counsel are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

s0224